# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Herbal Brands, Inc. | **Defendant(s):** Photoplaza Inc. ; Goldshop 300 Inc. ; Goldshop Inc. ; InStock Goodies Inc. ; Tzvi Heschel ; Shloma Bichler ; Lali Dats ; John Does 1-10 |
| County of Residence: Maricopa | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| Rachael Peters Pugel ( Herbal Brands, Inc. ) <br> Snell & Wilmer L.L.P. <br> 400 E. Van Buren St., Ste. 1900 <br> Phoenix, Arizona  85004 <br> 602-382-6000 | |

**II. Basis of Jurisdiction:**     **3. Federal Question (U.S. not a party)**

**III. Citizenship of Principal Parties**
**(Diversity Cases Only)**
       Plaintiff:- **N/A**
     Defendant:- **N/A**

**IV. Origin :**     **1. Original Proceeding**

**V. Nature of Suit:**     **840 Trademark**

**VI. Cause of Action:**     **Trademark infringement under 15 U.S.C. §§ 1114, 1125(a)(1)(a); unfair competition under 15 U.S.C. § 1125(a)(1)(A); false advertising under 15 U.S.C. § 1125(a)(1)(B); common law trademark infringement and unfair competition; and tortious interference with contracts and business relationships.**

**VII. Requested in Complaint**
       Class Action: **No**
     Dollar Demand: **N/A**
       Jury Demand: **Yes**

**VIII. This case is not related to another case.**

**Signature:**     Rachael Peters Pugel

    **Date:**     April 5, 2021

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

**Revised: 01/2014**